149 F.3d 1181
 Certain Underwriters at Lloyd's London, who are members of
Lloyd's Syndicates Numbered 658, 483, 741, 687, 79, 872,
535, 552, 123, 114, 741, 209, 1023, 309, 872, 500, Indemnity
Marine Assurance Co., Ltd., Zurich Re UK Ltd., Ocean Marine
Insurance Co. Ltd., Commercial Union Assurance, Tokio Marine
& Fire, Phoenix Assurance PLC LSA, Northern Assurance
Company Limited, Gan Minster Insurance Company, Limited,
Terra Nova Insurance Company Ltd, Phoenix Assurance Public
 NO. 97-40376
 United States Court of Appeals,
Fifth Circuit.
 June 30, 1998
 S.D.Tex., 142 F.3d 255
 
 1
 DENIALS OF REHEARING EN BANC.